Prob 19A (EDNY)
(2/01)

# United States District Court
## for the
## Eastern District of New York

U.S.A. vs William Paine                                Docket No. 03-CR-044

| SUMMONS FOR PROBATIONER/SUPERVISED RELEASE TO APPEAR |
|---|
| You are hereby commanded to appear before the United States District Court for the Eastern District of New York to answer charges that you have violated the conditions of supervision imposed by the court. |

| NAME OF SUBJECT<br>William Paine | SEX<br>Male | RACE<br>White | AGE<br>48 |
|---|---|---|---|

| ADDRESS (STREET, CITY, STATE) |
|---|
| 72-81 113th Street, Apt 6W, Forest Hills, N.Y. 11375 |

| SENTENCE IMPOSED BY<br>The Honorable Edward R. Korman, Chief U.S. District Judge, Eastern District of New York | DATE IMPOSED<br>November 7, 2003 |
|---|---|

DATE, TIME AND PLACE TO APPEAR: June 22, 2006 at 11:30 a.m.
The Honorable Edward R. Korman, Chief U.S. District Judge, U.S. District Court, Eastern District of New York
225 Cadman Plaza East, Brooklyn, N.Y. 11201

CLERK **ROBERT C. HEINEMANN**     (BY) DEPUTY CLERK _[signature]_     DATE **JUN 0 9 2006**

## RETURN

| DATE RECEIVED<br>6/9/06 | DATE SERVED<br>6/14/06 | METHOD OF SERVICE<br>1. (X) Copy of summons given to offender in person<br><br>2. (  ) Copy of summons mailed to offender's last know residence and leaving a copy at last know residence with some person of suitable age and discretion residing therein |
|---|---|---|

| SERVICE BY: (Enter you name, title and business address here)<br>Elizabeth Daly, USPO |||
|---|---|---|
| Signature of USPO:<br>_[signature]_ | Date Returned to Clerk's Office<br>6/14/06 | |