# CRIMINAL CAUSE FOR STATUS CONF / HEARING: _____

BEFORE JUDGE KORMAN     June 27, 2006     TIME: 3:00PM
CR- 06-174

DEFT NAME: **RUBEN RAMIREZ-DUQUE**    # 1
✓ present    __ not present    __ cust.    __ bail

DEFENSE COUNSEL:    JAN ROSTAL *by*
✓ present    __ not present    __ CJA    __ RET.    ⓛLAS

A.U.S.A.: JASON JONES *by Jonathan Green*    CLERK: PaulaMarie Susi
E.S.R.: Andry    OTHER:
INT: (LANG.- ())

✓ CASE CALLED.    ✓ DEFT APPEARS WITH/~~WITHOUT~~ COUNSEL.
__ COUNSEL PRESENT WITHOUT DEFT.

__ STATUS CONF/HRG FOR DEFT HELD.    __ ADJ'D TO ____.
__ JURY SELECTION SET FOR ____
     __ BEFORE J. KORMAN    __ PARTIES CONSENT TO MAGISTRATE.
__ TRIAL SCHEDULED FOR ____.

✓ **SPEEDY TRIAL** INFO FOR DEFT    __ STILL IN EFFECT    CODE
TYPE ✓    START ____    STOP ____
✓ In the interest of justice as stated on the record, and __ with consent of the parties.

__ MOTIONS DUE ____    OPP BY ____    REPLY ____

__ ORAL ARGUMENT ____

✓ FURTHER STATUS CONF/HRG SET FOR   8/4/06 @11am.

DEFT __ SWORN __ ARRAIGNED __ INFORMED OF RIGHTS
     __ WAIVES TRIAL BEFORE DISTRICT COURT

__ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO
CTS. ____ OF THE (Superseding) INDICTMENT / INFORMATION.
__ COURT FINDS FACTUAL BASIS FOR THE PLEA.
__ **DEFT REQUESTS RETURN OF PROPERTY**    __ **ORDER FILED.**
__ SENTENCING TO BE SET BY PROBATION.

OTHER: ____